IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MEBRHATO TSEHAI,

      Plaintiff,                      No. CIV S 05-1143 MCE JFM P

    vs.

TERESA A. SCHWARTZ, et al.,

      Defendants.           ORDER

_____/

        On February 10, 2006, plaintiff filed a request for investigation for missing documents. This civil rights action was closed on January 25, 2006. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: February 21, 2006.

                                            UNITED STATES MAGISTRATE JUDGE

7
tseh1143.58